IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 19 2013

JAMES W. McCORMACK, CLERK
By: S. Williams
 DEP CLERK

| UNITED STATES OF AMERICA | PLAINTIFF |
|---|---|

No. 4:13CR00330 BSM

| ALBERTO SOLAROLI | DEFENDANT |
|---|---|

## ORDER

The Court grants the Defendant's temporary release from court-imposed travel restrictions as follows:

1. On December 22, 2013, Mr. Solaroli may travel from his residence in Jacksonville, Florida, to Newcastle, Ontario.

2. Mr. Solaroli shall return to his residence in Jacksonville, Florida, no later than 2 p.m., on January 2, 2014.

The United States Probation Office for the Eastern District of Arkansas shall return Mr. Solaroli's passport forthwith. Upon his return, Mr. Solaroli shall return his passport forthwith to his supervising United States Probation Officer. All other restrictions on Mr. Solaroli's travel and all other conditions of release remain in effect as set forth on November 26, 2013, in the Order Setting Conditions of Release. (Doc. No. 11).

12-19-13
Date

Joe J. Volpe
United States Magistrate Judge
Eastern District of Arkansas